UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CERTAINTEED LLC,** § <br> § <br> Plaintiff and Counterclaim-Defendant, § <br> § <br> v. § <br> § <br> **GAF ENERGY LLC,** § <br> § <br> Defendant and Counterclaim-Plaintiff. § <br> § | CIVIL NO. 1:25-cv-00191-ADA |

## ORDER

Given that the Parties have stipulated to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) (ECF No. 110), the Court instructs the Clerk of Court to **CLOSE** the case.

**SIGNED** this 8th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE